USCA1 Opinion

 

 October 12, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1448 UNITED STATES, Appellee, v. REX FORBES OICKLE, Defendant - Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ _____________________ Julio V. DeSanctis, with whom Downeast Law Associates, P.A. __________________ _____________________________ was on brief for appellant. F. Mark Terison, Assistant United States Attorney, with whom _______________ Jay P. McCloskey, United States Attorney, and Elizabeth C. __________________ _____________ Woodcock, Assistant United States Attorney, were on brief for ________ appellee. ____________________ ____________________ Per Curiam. Upon full review of the record in this Per Curiam. __________ case, and after hearing argument from counsel, we affirm the decision of the district court. Affirmed. Affirmed. ________